UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JAMES BONNY,

        Defendant.

Case No. CR03-5491

ORDER GRANTING LEAVE TO
WITHDRAW OF APPOINTED
COUNSEL AND REVISING
BRIEFING SCHEDULE

      Before the Court is the motion of court appointed counsel for leave to withdraw.  The Court, having reviewed the motion and brief, and balance of the record, finds that good cause exists to allow withdrawal of appointed counsel consistent with the principles set forth in *Anders v. California*, 386 U.S. 738, 87 S.Ct. 2094 (1967).   If Appellant James Bonny wishes to proceed with this appeal, he may proceed  *pro se* and must file his opening brief according to the revised briefing schedule set forth in this Order.

      ACCORDINGLY,

      IT IS ORDERED:

      (1)     The motion of appointed counsel to withdraw (Dkt.#31) is **GRANTED**;

      (2)     The briefing schedule is revised and set as follows:

ORDER - 1

1          Appellant opening brief due:              June 20, 2005

2          Appellee brief due:                       July 5, 2005

3          Appellant reply (optional) due:           July 18, 2005

4     Briefs must be filed in the clerk's office by the due date.  Oral argument will be scheduled in
      this appeal only upon the granting of a motion pursuant to Local Rule, CrR 58(b)(2)(F); and
5
      (3)     The Clerk is directed to send copies of this Order to all counsel and to Appellant
6
              James Bonnny.
7

8

      DATED this 19th day of May, 2005.
9

10                                                   _____

11                                                   FRANKLIN D. BURGESS
                                                     UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    ORDER - 2