1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                          Plaintiff,

        vs

JAMES V BONNY,

                          Defendant.

CR03-5491FDB

ORDER

THIS MATTER is before the court on Defendant James Bonny's motion to vacate his pending appeal. The Court, having considered the motion and with no opposition, finds that the motion should be granted, therefore,

IT IS HEREBY ORDERED, that James Bonny's motion to vacate his pending appeal is GRANTED and his pending appeal is hereby DISMISSED.

DATED this 14th day of July, 2005.

_____/s/ Franklin D Burgess_____
FRANKLIN D BURGESS
United States District Judge